UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BABY BUDDIES, INC., a Florida Corporation,

      *Plaintiff,*

  v.

TOYS "R" US, INC., a Delaware Corporation,
TOYS "R" US-DELAWARE, INC.,
a Delaware Corporation, and
GEOFFREY, INC., a Delaware Corporation,

      *Defendants.*

Case No.:
8:03-CV-1377-T-17-MSS

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that as of May 28, 2007, the undersigned counsel's address changed to:

> DARBY & DARBY, P.C.
> 7 World Trade Center
> 250 Greenwich Street
> New York, NY 10007-0042
> Telephone: 212-527-7700
> Facsimile: 212-527-7701

Respectfully submitted,

Dated: June 25, 2007
  Tampa, Florida

By: /s/ Robert S. Weisbein
  Robert S. Weisbein
  DARBY & DARBY P.C.
  7 World Trade Center
  250 Greenwich Street
  New York, NY 10007-0042
  Tel: (212) 527-7700
  Fax: (212) 527-7701
  rweisbein@darbylaw.com

and

By: /s/ Charles F. Ketchey, Jr.
Charles F. Ketchey, FBN 0181735
AKERMAN, SENTERFITT
P.O. Box 3273
Tampa, FL 33601
Tel: (813) 223-7333
Fax: (813) 223-2837
charles.ketchey@akerman.com
(Local Counsel)
Attorneys for Defendants,
*Toys "R" Us, Inc.*; *Toys "R" Us-Delaware, Inc*; and *Geoffrey, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2007, I electronically filed the foregoing NOTICE OF CHANGE OF ADDRESS with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel for Plaintiff:

Frank R. Jakes, Esq.
frankj@jpfirm.com, pattit@jpfirm.com
Joseph J. Weissman, Esq.
josephw@jpfirm.com, pattit@jpfirm.com
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
P.O. Box 1100
Tampa, Florida 33601-1100
Tel: (813) 225-2500
Fax: (813) 223-7118

/s/ Charles F. Ketchey, Jr.
ATTORNEY

{TP300950;1}                    2