UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BABY BUDDIES, INC.,
a Florida corporation,

        Plaintiff,

v.                      CASE NO. 8:03-CV-1377-T-17MAP

TOYS "R" US, INC., etc.,
et al.,

        Defendants.
_____/

ORDER

This cause is before the Court on:

Dkt. 92 Joint Report to the Court Regarding Trial Status and Joint Motions for Certification Pursuant to Fed.R.Civ.P. 54(b) and to Stay Proceedings Pending Interlocutory Appeal

Plaintiff and Defendants jointly move for the entry of a final judgment as to Counts I and II, pursuant to Rule 54(b), along with a certification that there is no just reason for delay.

Plaintiff and Defendants further request that this Court stay further proceedings as to Count III, pending resolution of the interlocutory appeal, pursuant to Rule 54(d)(1). If the interlocutory appeal results in an affirmance, Plaintiff stipulates to the voluntary dismissal of Count III upon issuance of the Mandate from the Eleventh Circuit Court of Appeals. If the appeal results in a reversal and remand for trial of Counts I and II, only one single trial will be required as to all Counts.

Case No. 8:03-CV-1377-T-17MAP

Plaintiff and Defendants further request that the Court stay the requirement that Defendants file a motion for costs, expenses and attorney's fees as the prevailing party on the copyright claim under 17 U.S.C. Sec. 505, pending filing of the Mandate, after which the Court would set a new date for the filing of the motion.

After consideration, the Court **grants** the Joint Motion, as follows:

1. The Court previously entered its Order granting Defendants' Motion for Summary Judgment as to Count I and II (Dkt. 85). There is no just reason for delay in entering a Final Judgment as to Count I and Count II. A separate Final Judgment will be entered.

2. The Court **stays** further proceedings as to Count III, until a final disposition of the interlocutory appeal as to Counts I and II.

3. The Court **stays** further proceedings as to the determination of attorney's fees and costs, until a final disposition of the interlocutory appeal as to Counts I and II. Upon the filing of the Mandate, the Court will enter an order setting a deadline for the filing of any motion for fees and costs.

Case No. 8:03-CV-1377-T-17MAP

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 13th day of November, 2008.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record