UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BABY BUDDIES, INC.,
a Florida Corporation,

        Plaintiff,

v.                         CASE NO. 8:03-CV-1377-T-17MAP

TOYS "R" US, INC., a
Delaware Corporation,
TOYS "R" US-DELAWARE,
INC., a Delaware
Corporation,
and GEOFFREY, INC.,
a Delaware Corporation,

        Defendants.
_____/

FINAL JUDGMENT

    The Court has granted the Motion for Summary Judgment of Defendants TOYS "R" US, INC., TOYS "R" US-DELAWARE, INC. and GEOFFREY, INC., as to Count I (copyright infringement) and Count II (Sec. 817.41, Florida Statutes (2002))(Dkt. 85), and stayed this case as to Count III. There being no just reason for delay, it is

    **ORDERED** that Plaintiff BABY BUDDIES, INC. recover nothing as to Count I and Count II, and Defendants recover costs from Plaintiff.

Dated: *November 13th, 2008.*

                                      ELIZABETH A. KOVACHEVICH
                                      United States District Judge