UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BABY BUDDIES INC.,

    Plaintiff,

    v.                                                    Case No. 8:03-cv-1377-T-17MAP

TOYS "R" US, INC., *et al.*,

    Defendants,

_____/

## ORDER GRANTING MOTION FOR WRIT OF GARNISHMENT

THIS CAUSE COMES before the Court upon Plaintiff's motion for writ of garnishment (doc. 133) pursuant to Rule 69 of the Federal Rules of Civil Procedure and ch. 77, Florida Statutes. the Court having reviewed the motion, memorandum of law and court file, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED:

1.    Plaintiff's motion for writ of garnishment is hereby GRANTED.

2.    Prior to the issuance of the writ of garnishment, Defendant shall comply with the fee requirements of Fla. Stat. § 77.28.

3.    The clerk of the above-styled court is directed to issue forthwith a Writ of Garnishment directed to the garnishee FREDERICK HART CO. INC. in the amount of six hundred and four thousand three hundred and forty seven dollars and ninety eight cents ($604, 347.98), plus interest, as set forth in the Plaintiff's motion.

4.    That the Writ of Garnishment may be served by state court authorized private

process servers.

5.      That the clerk of this Court shall not notify the Defendant of this garnishment

action electronically or otherwise.


DONE AND ORDERED in Chambers, Tampa, Florida this 1st day of February, 2012.


MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE